IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DEC 2 1999

ROB FARMER          :
                    :
     vs.            :    CIVIL NO. L-98-1585
                    :
DR. DAVID RAMSAY, et al.   :

ORDER

For the reasons stated in a Memorandum of even date, the Court hereby:

(i) GRANTS the defendants' Motion to Bifurcate (Dkt. No. 19);

(ii) ORDERS that the stay on depositions directed in the Order of October 7, 1999 be lifted and that parties are to conduct depositions and other discovery relevant to determining what role, if any, race plays in the UMSM admissions process;

(iii) DIRECTS the parties otherwise to continue with discovery in accordance with the Order dated October 7, 1999.

IT IS SO ORDERED this 24 day of Dec , 1999.

_____
Benson Everett Legg
United States District Judge