UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

U.S. DISTRICT COURT
DISTRICT OF MARYLAND

ROB FARMER,

Plaintiff, 2000 AUG -7 P 3: 13     CIVIL ACTION NO.  L98-1585

v.        CLERK'S OFFICE        *
           AT BALTIMORE

DAVID J. RAMSAY, et al. _____DEPUTY

                                      *

Defendants.
      *       *       *       *       *       *       *       *       *       *       *

## STIPULATION CONCERNING DISCOVERY

The parties, by their undersigned counsel, hereby stipulate to the following extensions:

1.     Expert discovery:   September 6, 2000

2.     Defendants' motion for summary judgment:   October 4, 2000

3.     Plaintiff's opposition/cross-motion for summary judgment:   October 20, 2000

Defendants' opposition/reply and Plaintiff's reply will be filed on or before their current

deadlines of November 3, 2000 and December 1, 2000, respectively.

WHEREFORE, the Defendants request that the Court approve the requested extensions.

                            Respectfully submitted,

                            J. JOSEPH CURRAN, JR.
                            Maryland Attorney General


John Montgomery                  Dawna M. Cobb
945 North Barton                 Assistant Attorney General
No. 304                          Office of the Attorney General
Arlington, Virginia 22201        Educational Affairs Division
Attorney for Plaintiff           200 St. Paul Place
                                 Baltimore, Maryland 21202
                                 (410) 576-6450
                                 Attorneys for Defendants

SO ORDERED, this ___ day of August, 2000

_____

Benson Everett Legg
United States District Judge