UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

October 5, 2000



MEMORANDUM TO COUNSEL
RE: Farmer v. Ramsay, L-98-1585

The Court has scheduled oral arguments on the summary judgment motions for January 26, 2001 at 10:00 am.

Despite the informal nature of this memorandum, it shall constitute an Order of this Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:  Court File