IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ROB FARMER,     *

    Plaintiff,     *

vs.

     *    CIVIL ACTION NO. L98-1585

DAVID J. RAMSAY, et al.,     *

    Defendants.     *

\* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Defendants' Motion to Seal and Plaintiff's Opposition thereto, it is this 3rd day of December, 2000, hereby

ORDERED, that the Defendants' Motion is Granted and is further,

ORDERED, that the following exhibits to Plaintiff's Cross-Motion for Summary Judgment and Opposition to Defendants' Motion for Summary Judgment that were filed under seal pending a decision on Defendants' motion, remain sealed: exhibits 19, 20, 21, 22, 23, 24, 25,25, 34, 35, 36, 38; pages 9-23, 28, 31-32 to exhibit 18, pages 3-5, 15-16, 35-36, 38-40 and 43, and pages 7-10 to exhibit 32.

_____
Benson E. Legg
U.S.D.J.