UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ROB FARMER,                             *

      Plaintiff,                   * CIVIL ACTION NO. L98-1585

vs.                                     *

DAVID J. RAMSAY, etal.
                                        *
      Defendants.
*    *    *    *    *    *    *    *    *    *

## ORDER PERMITTING EXTENSION

UPON CONSIDERATION of the Consent Motion for Extension, it is this /sr day of January 1, (BEL) ~~December~~ 2000, hereby

ORDERED that Defendants' request to for an extension of time to an Opposition to Plaintiff's Motion to Unseal Sealed Documents; a Reply to Plaintiff's Opposition to Defendants' Motion to Strike Plaintiff's Expert's Reports or for a Rule 104(a) hearing; and a Reply to Plaintiff's Opposition to Defendants' Motion to Strike Plaintiff's Declaration is Granted, and it is further

ORDERED that Defendants' opposition and replies will be filed on or before January 9, 2001.

_____
THE HONORABLE BENSON EVERETT LEGG