IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ROB FARMER, | * |
| Plaintiff, | * |
| vs. | |
| | *   CIVIL ACTION NO. L98-1585 |
| DAVID J. RAMSAY, et al., | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Defendants' Motion to Seal and Plaintiff's Opposition thereto, it is this 4TH day of January, 2001, hereby

ORDERED, that the Defendants' Motion is Granted and is further,

ORDERED, that exhibits 27 and 29 to Defendants' Reply to Plaintiff's Cross-Motion for Summary Judgment and Opposition to Defendants' Motion for Summary Judgment that were filed under seal pending a decision on Defendants' motion, remain sealed because they contain refer to education records that are protected from disclosure by the Family Education Rights and Privacy Act ("FERPA"), 20 U.S.C. §1232(g).

Benson E. Legg
U.S.D.J.

These documents shall be covered by plaintiff's recently filed motion to unseal. A hearing on the motion is now scheduled for 2 p.m. on January 17, 2001.