IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ROB FARMER, | * | |
| Plaintiff, | * | |
| vs. | * | CIVIL ACTION NO. L98-1585 |
| DAVID J. RAMSAY, et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \*

## ORDER TO WITHDRAW AND SUBSTITUTE EXHIBITS

Upon consideration of the Plaintiff's Motion to Unseal Sealed Materials, and Defendants' Opposition thereto; and in consideration of the agreements reached by counsel in open Court during the hearing of January 17, 2001, it is by this Court this 23rd day of January, 2001 hereby ORDERED, that

1. Counsel having advised the Court that certain exhibits submitted with the parties' summary judgment motions have been additionally redacted, as per agreement of counsel and as approved by the Court, the Office of the Attorney General shall deliver to the Clerk of the court replacements for certain exhibits and parts of certain exhibits.

2. The following exhibits will be replaced: Plaintiff's exhibits 18 (pages 35-36 only), 19, 21, 24, 34, 35, and 40, and Defendants' exhibits 27, 29 and portions of the deposition of Hermione Hicks. The Office of the Attorney General will deliver the replacement exhibits and pages to the Clerk of the Court and ensure that the appropriate exhibits and pages are replaced. The Clerk of the Court will discard the replaced heretofore sealed exhibits or portions thereof.

3. The redacted exhibits will not be sealed and no portion of the case file will be under seal.

SO ORDERED

_____
Benson E. Legg
U.S.D.J.

cc: Counsel of record



J. JOSEPH CURRAN, JR.
Attorney General

CARMEN M. SHEPARD
DONNA HILL STATON
Deputy Attorneys General

TELECOPIER NO.
(410)576-6437

STATE OF MARYLAND
OFFICE OF THE ATTORNEY GENERAL
EDUCATIONAL AFFAIRS DIVISION

JOHN K. ANDERSON
Chief Counsel for
Educational Affairs

DAWNA M. COBB
Deputy Counsel for
Educational Affairs

WRITER'S DIRECT DIAL NO.
(410) 576-7650

January 19, 2001

**HAND DELIVERED**

The Honorable Benson Everett Legg
United States District Judge
U.S. Courthouse Room 340
101 West Lombard Street
Baltimore, Maryland 21201

    Re:   *Farmer v. Ramsay, et al.*
            Civil Action No. L-98-1585

Dear Judge Legg:

    I enclose a draft order to withdraw exhibits for your review and signature. Mr. Montgomery and I have do not need the January 26 hearing to be rescheduled. I left a message with Jennifer Lewis from the Clerk's Office to give me a call so that I can facilitate substituting the enclosed exhibits into the official court file.

    Thank you.

                            Very truly yours,

                            Dawna M. Cobb
                        Assistant Attorney General

DMC:mm
enclosure
cc: John Montgomery, Esquire
w/ enclosure