

# GORDON·FEINBLATT
ROTHMAN, HOFFBERGER & HOLLANDER, LLC

**LAWRENCE P. FLETCHER-HILL**
410.576.4254
FAX 410.576.4246
lfletcherhill@gfrlaw.com

ATTORNEYS AT LAW
233 EAST REDWOOD STREET
BALTIMORE, MARYLAND
21202-3332
410.576.4000
www.gfrlaw.com

October 19, 2000

Ms. Felicia Cannon, Clerk
United States District Court
for the District of Maryland
Room 4415
101 West Lombard Street
Baltimore, Maryland 21201

Re: *Farmer v. Ramsay*
Case No.: L-98-1585

Dear Ms. Cannon:

Please withdraw my appearance as counsel for the defendants in the referenced action because I have left the Office of the Attorney General. Assistant Attorney General Dawna Cobb continues as lead counsel for the defendants.

Very truly yours,

Lawrence P. Fletcher-Hill

lnk

cc: Dawna Cobb, Esq.
    John Montgomery, Esq.

APPROVED THIS 1ST DAY OF February, 2001

BENSON EVERETT LEGG, U.S.D.J.

LTR0339-L655-01
10/19/2000

Ms. Felicia Cannon, Clerk<br>
October 19, 2000<br>
Page 2

Dawna Cobb, Esq.
Assistant Attorney General
200 St. Paul Place
Baltimore, MD 21202

John Montgomery, Esq.
1730 K Street, Suite 304
Washington, D.C. 20006



# GORDON•FEINBLATT
ROTHMAN, HOFFBERGER & HOLLANDER, LLC

**LAWRENCE P. FLETCHER-HILL**
410.576.4254
FAX 410.576.4246
lfletcherhill@gfrlaw.com

ATTORNEYS AT LAW
233 EAST REDWOOD STREET
BALTIMORE, MARYLAND
21202-3332
410.576.4000
www.gfrlaw.com

January 26, 2001

**VIA HAND DELIVERY**

Ms. Jennifer Lewis
Clerk's Office
United States District Court
 for the District of Maryland
Room 4415
101 W. Lombard Street
Baltimore, Maryland 21201

          Re:    *Farmer v. Ramsay*
                 Civil Action No.: L-98-1585
                 WITHDRAWAL OF APPEARANCE

Dear Ms. Lewis:

       Pursuant to our telephone conversation of today, enclosed is a copy of a date-stamped letter submitted to the Court on October 20, 2000. This letter requested that the appearance of Lawrence P. Fletcher-Hill be withdrawn in the above action. It is my understanding the letter was never entered in the Court docket.

       As you requested, we are enclosing a copy of this letter for you to handle this withdrawal of appearance.

       Thank you for your assistance in this matter.

                   Very truly yours,

                   *Linda N. Karp*

                   Linda N. Karp
                   Secretary to Lawrence P. Fletcher-Hill

lnk

Enclosure

LTR0483-L655-01
1/26/2001