IN THE UNITED STATES DISTRICT COURT FILED
FOR THE DISTRICT OF MARYLAND U.S. DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ROB FARMER | : | 2001 AUG 15 P 4: 44 |
| | : | |
| vs. | : | CIVIL NO. L-98-1585 ... |
| | : | AT BALTIMORE |
| DR. DAVID RAMSAY, et al. | : | Y._____DEPUTY |
| | : | |

ORDER

For the reasons stated in the Court's Memorandum of even
date, the Court hereby ORDERS that:

   (i)   Defendants' motion to strike plaintiff's expert reports
         (Docket # 44) is GRANTED;

   (ii)  Defendants' motion for summary judgment (Docket # 39)
         is GRANTED;

   (iii) this Order shall constitute a Final Judgment in the
         case; and

   (iv)  the Clerk is DIRECTED to CLOSE the CASE.


IT IS SO ORDERED this 15th day of August, 2001.

Benson Everett Legg
United States District Judge